**Opinion issued July 7, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00988-CV

_____

**GUILLERMINA SANDOVAL AND OGILVER SANDOVAL, Appellants**

**V.**

**AMERICAN POINTE REALTY, LTD., Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1054737**

---

## MEMORANDUM OPINION

On June 11, 2015, the parties filed an agreement stating that appellants, Guillermina Sandoval and Ogilver Sandoval, would file, within three business days, a motion to dismiss this appeal with prejudice and to render judgment effectuating the terms of the parties' agreement. *See* TEX. R. APP. P. 6.6,

42.1(a)(2)(A). On June 12, 2015, appellants filed an unopposed motion to dismiss their appeal with prejudice and seek to have the trial clerk expeditiously release the $6,225.00 in funds the appellants posted as security to the appellants and order the appellee, American Pointe Realty, Ltd., to pay appellants $4,275.00 within three business days of the entry of this Court's judgment, in accordance with the parties' Rule 6.6 agreement. *See id.*at 10.1(a)(5), 42.1(a)(2)(A). No other party has filed a notice of appeal and no opinion has issued. *See id.* at 42.1(a)(1), (c).

Accordingly, we grant the motion, construed as a motion to set aside the trial court's judgment and render judgment effectuating the parties' Rule 6.6 agreement, namely for the trial clerk to release the $6,225.00 in funds the appellants posted as security after receipt of the mandate and, within three business days of the entry of this Court's judgment, for the appellee to pay appellants $4,275.00. *See* TEX. R. APP. P. 6.6, 42.1(a)(2)(A). We construe this motion to include a motion to expedite the mandate and direct the Clerk of this Court to issue the mandate within ten days of the date of this memorandum opinion. *See id.* at 18.1(c).

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd